Clive HOFFMAN, Plaintiff–Appellant,

v.

Derrick WADSWORTH, Defendant–
Appellee.

No. 02–6646.

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Clive Hoffman, Appellant Pro Se.

Before WIDENER, LUTTIG, and
WILLIAMS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Clive Hoffman appeals the district
court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2001) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Hoffman v. Wadsworth*, No. CA–01–851–
5–BR (E.D.N.C. Apr. 10, 2002). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*